**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 541 MAL 2014
                              :
               Respondent :
                              : Petition for Allowance of Appeal from the
                              : Order of the Superior Court
          v.                      :
                              :
                              :
WAYNE AUSTIN SHOWERS,        :
                              :
             Petitioner           :

## ORDER

**PER CURIAM**

      **AND NOW**, this 21st day of January, 2015, the Petition for Allowance of Appeal is **DENIED**.